Blanche Celing, Plaintiff, Counterdefendant-Appellant, v. Norma L. Meller, Defendant, Counterplaintiff-Appellee.

Gen. No. 68–156. (Abstract of Decision.)

Second District.

May 9, 1969.

Rehearing denied June 12, 1969.

Wahler and Pecyna, of Chicago, for appellant; Michael J. Costello, of Springfield, and Snyder, Clarke, Dalziel, Holmquist & Johnson, of Waukegan, for appellee. Opinion by JUSTICE ABRAHAMSON. Not to be published in full.